STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Raleigh Newman
Newman, Hoffoss & Devall
1830 Hodges St.
Lake Charles LA 70601

Barry Alwin Roach
Larry A. Roach, Inc.
2917 Ryan Street
Lake Charles, LA  70601

**REHEARING ACTION: November 13, 2013**

**Docket Number: 13   00265-CA**

**ARTHUR L. GIBSON, JR.**
**VERSUS**
**LOUISIANA RICE MILL, L.L.C.**

**Appealed from Calcasieu Parish Case No. 20053514**

**BEFORE JUDGES:**

   **Hon. Billy Howard Ezell**
   **Hon. J. David Painter**
   **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Arthur L. Gibson, Jr.** has this day been

   **DENIED.**

cc: David R. Rabalais, Counsel for the Appellee
    Joseph George Glass, Counsel for the Appellee